**Opinion issued October 1, 2019**



In The

# Court of Appeals

### For The

## First District of Texas

———————————————

### NO. 01-19-00130-CV

———————————————

### IN RE ANGELA CANTU, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Angela Cantu, filed a petition for a writ of mandamus challenging the

trial court's February 22, 2019 order that "lifted" a "prior no movement order" and

permitted the Department of Protective Services "to place the children with relatives

in Panama."[1] On February 26, 2019, we stayed the trial court's February 22, 2019

---

[1] The underlying case is *In the Interest of L.D.H. and J.J.R.G., Children*, Cause No. 2015-01818J-A, pending in the 313th Judicial District Court of Harris County, Texas, the Honorable Natalia Oakes presiding.

order. On April 23, 2019, we granted relator's unopposed motion to abate this original proceeding "while the parties pursue[d] their resolution of th[e] case." Relator has filed an unopposed motion to reinstate this original proceeding and to dismiss her petition.

We grant relator's motion, reinstate this original proceeding, lift the stay imposed by our February 26, 2019 order, and dismiss the petition for writ of mandamus. We further dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.